No. 73–6843.  RICH *v.* UNITED STATES; and

No. 73–6858.  RICH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 495 F. 2d 1374.

No. 73–6844.  CRAWFORD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–6845.  MILLER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–6850.  CAMPBELL *v.* GEORGIA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–6854.  CARRATELLO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6855.  LONIS *v.* CAMPBELL.  C. A. 6th Cir. Certiorari denied.

No. 73–6856.  ROBINSON *v.* JEFFERSON COUNTY BOARD OF EDUCATION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–6857.  McWILLIAMS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–6859.  UNTIEDT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–6860.  CRUZ-GUERRA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6863.  BACA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 73–6865.  GRAYSON *v.* ALABAMA.  C. A. 5th Cir. Certiorari denied.